# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3940
_____

TYLER T. WINCHESTER,

Appellant,

v.

BAY COUNTY SHERIFF'S OFFICE,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

June 5, 2018

PER CURIAM.

AFFIRMED.

LEWIS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tyler T. Winchester, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee and William A. Lewis, General Counsel, Bay County Sheriff's Office, Panama City, for Appellee.